UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

GARY LEUCHTMAN as curator of
the ESTATE of NANCY TAYLOR,

            **Plaintiff,**          **CASE NO.**
                                     **3:23-CV-11512-MCR-ZCB**

v.

PROGRESSIVE AMERICAN
INSURANCE COMPANY,

            **Defendant.**

## PLAINTIFF'S CONSENTED MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT AND MEMORANDUM OF LAW

COMES NOW the Plaintiff, Gary Leuchtman as Curator of the Estate of Nancy Taylor, (hereinafter "Plaintiff"), by and through his undersigned counsel, pursuant to F.R.Civ.P. 15(a)(2) and hereby moves to file Plaintiff's First Amended Complaint, and in support thereof state as follows:

1.      On March 23, 2023, Plaintiff filed his Complaint (Doc. 1, p. 6) against Defendant in the Circuit Court of Santa Rosa County, Florida.

2.      Defendant, Progressive American Insurance Company (hereinafter "Progressive"), was served on April 25, 2023.

3.      Defendant, Progressive, filed an Answer May 8, 2023 (Doc. 1, p. 51).

1

4.     On May 24, 2023, Defendant, Progressive, filed a Petition and Notice of Removal from State Court (Doc. 1) in the United States District Court for the Northern District of Florida.

5.     Plaintiff has not previously sought to amend the complaint.

6.     Pursuant to N.D.Fla.Loc.R.15.1 Plaintiff's First Amended Complaint is being filed separately on this date.

7.     Plaintiff seeks to amend the Complaint to allege wrongful death under the Mississippi wrongful death statute replacing the Florida wrongful death statute allegation.

8.     Plaintiff's counsel has conferred with Defendant's counsel regarding the filing of Plaintiff's First Amended Complaint and Defendant has no objection.

9.     The granting of Plaintiff's Motion is in the interest of justice and will not delay the proceedings in this case.

## **MEMORANDUM OF LAW**

Plaintiff seeks to file his First Amended Complaint pursuant to Federal Rule of Civil Procedure 15(a)(2) as Plaintiff intends to abandon his claim under the Florida Wrongful Death Statute and replace it with the Mississippi Wrongful Death Statute, which both parties agree is the accurate choice of law for this case. F.R.Civ.P 15(a)(2) provides the Court should freely give leave when justice so requires.

WHEREFORE, Plaintiff respectfully requests the Court grant his Motion for Leave to File First Amended Complaint and accept Plaintiff's First Amended Complaint as filed, and order Defendant to file its responsive pleadings within fourteen (14) days from the date of the Court's order.

## RULE 7.1(B) CERTIFICATE

Plaintiff, Gary Leuchtman as Curator of the Estate of Nancy Taylor, pursuant to Rule 7.1(B) of the Local Rules of the Northern District of Florida, hereby certifies that Plaintiff's counsel, via Zoom, conferred with defense counsel on June 19, 2023 regarding the issues raised herein and defense counsel had no objection.

/s/ *Wanda W. Radcliffe*

Wanda W. Radcliffe
Florida Bar No. 614637
Alexander T. Shimek
Florida Bar No. 1039540
EMMANUEL, SHEPPARD & CONDON
30 S. Spring Street
Pensacola, FL  32502
Telephone:  (850) 433-6581
Facsimile:  (850) 434-5856
wradcliffe@esclaw.com
ashimek@esclaw.com
Attorneys for the Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 19th day of July, 2023, a true copy of the foregoing was filed electronically with the Clerk of the Court by using the CM/ECF System which will send notice of electronic filing to the following:

**Attorneys for Defendant**
Mark J. Upton, Esquire
Daniell, Upton, Anderson, Law & Busby, P.C.,
30421 State Highway 181
Daphne, AL  36527
Telephone: 251-625-0046
Facsimile: 251-625-0464
mju@dupm.com
kellie@dupm.com


*/s/ Wanda W. Radcliffe*
Wanda W. Radcliffe
Florida Bar No. 614637


## CERTIFICATION PURSUANT TO LOC. R. CIV. P. 7.1(F)

Pursuant to Local Rule of Civil Procedure 7.1(F), I hereby certify that the foregoing Plaintiff's Motion for Leave to File First Amended Complaint contains 393 words, inclusive of headings, footnotes, and quotations, but exclusive of case style, signature block and Certificate of Service.

4

Consistent with Rule 7.1.(F), I am relying upon Microsoft Word for Office 365 for the word count provided in this Certification.

*/s/ Wanda W. Radcliffe*
Wanda W. Radcliffe
Florida Bar No. 614637