UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

GARY LEUCHTMAN as curator of
the ESTATE of NANCY TAYLOR,

    Plaintiff,

v.

PROGRESSIVE AMERICAN
INSURANCE COMPANY,

    Defendant.

CASE NO.
3:23-CV-11512-MCR-ZCB

## FIRST AMENDED COMPLAINT

COMES NOW the Plaintiff, Gary Leuchtman as Curator of the Estate of Nancy Taylor, (hereinafter "Plaintiff"), by and through his undersigned counsel, sues the Defendant, Progressive American Insurance Company, and as grounds therefore, alleges as follows:

### GENERAL ALLEGATIONS

1. This is an action for damages that exceeds the sum of $75,000.00.

2. This is an action brought pursuant to the provisions of Mississippi's wrongful death statute, Mississippi Code § 11-7-13, for the wrongful death of Nancy Taylor.

3. Defendant, Progressive American Insurance Company, (hereinafter "Progressive") is a foreign insurance company that is authorized to and does conduct

business in Santa Rosa County, Florida.

4. Plaintiff, Gary Leuchtman, as curator of the Estate of Nancy Taylor, is the duly appointed, qualified and acting curator of the Estate of Nancy Taylor, and who has full power and authority of a personal representative for the purposes of administering the estate and is authorized pursuant to Mississippi Code § 11-7-13, Florida Statute § 768.20, and Florida Statute § 46.021 to bring this wrongful death action against Defendant on behalf of decedent's survivors, and on behalf of decedent's Estate.

5. A copy of the Order Appointing Gary Leuchtman as curator of the Estate of Nancy Taylor is attached hereto as "Exhibit A" and a copy of the Amended Letters of Administration are attached as Exhibit "B".

6. Nancy Taylor suffered bodily injuries and pain and suffering in an automobile collision occurring in Jackson County, Mississippi, on January 25, 2022, which resulted in her death on January 25, 2022.

7. The potential beneficiaries of the recovery in this action for the wrongful death of Nancy Taylor and the relationship of each to the decedent are:

Gary Leuchtman, Curator of the Estate of Nancy Taylor

8. At the time of death, Nancy Taylor was a resident of Santa Rosa County, Florida.

9. At all times material, the insurance policy which is the subject of this lawsuit was purchased in Pace, Santa Rosa County, Florida.

10. Jurisdiction and venue are proper pursuant to Florida Statute §49.193, Florida Statutes §47.041 and §47.051 among other reasons because the Defendant (1) operated, conducted, engaged in, or carried on a business or business venture in Florida, (2) has an office or agency in this state, or (3) committed tortious acts within the state of Florida.

11. Jurisdiction of the Court is invoked pursuant to 28 USC § 1332 in that all parties are citizens of different states and the amount in controversy exceeds, exclusive of interest and costs, the sum specified by 28 USC § 1332.

## COUNT I - UNINSURED MOTORIST DEFENDANT, PROGRESSIVE

12. Plaintiff, Gary Leuchtman, as curator of the Estate of Nancy Taylor, incorporates the General Allegations contained in paragraphs 1 through 11 above and realleges same as if more specifically set forth herein.

13. On or about January 25, 2022, Egbert Langelier and decedent, Nancy Taylor, were involved in a traffic collision on Interstate 10 in Jackson County, Mississippi.

14. At the aforesaid time and place, Egbert Langelier negligently operated or maintained a motor vehicle so that it collided with the vehicle driven by decedent,

Nancy Taylor.

15. As a direct and proximate result of the negligence of Egbert Langelier, Nancy Taylor suffered serious bodily injury that caused her death on January 25, 2022. The decedent was caused to suffer excruciating pain and ultimate death as a result of Mr. Langelier's negligence.

16. The negligence of Egbert Langelier resulted in the death of Nancy Taylor. Plaintiff seeks all damages recoverable under the Mississippi wrongful death statute, Mississippi Code § 11-7-13, including pain and suffering of the decedent, funeral and medical expenses of the decedent, loss of earnings of the decedent, and such other further damages as may be shown.

17. At all times material to this cause of action, Defendant, Progressive American Insurance Company, insured decedent, Nancy Taylor, under an automobile insurance policy (Policy No. 932370253-4).

18. Said policy of insurance provided uninsured/underinsured motorist coverage for Nancy Taylor, decedent. A copy of the subject declaration page with Defendant, Progressive, is attached and incorporated herein by reference as Exhibit "C".

19. At all times material to this lawsuit, said policy of insurance, including the uninsured/underinsured motorist coverage, was in full force and effect.

20. At the time of the automobile collision, which is the subject of this lawsuit, Egbert Langelier was the owner of an underinsured motor vehicle.

21. Egbert Langelier's bodily injury carrier has tendered the available policy limit, but said limits are insufficient to fully compensate Plaintiff for the losses sustained.

22. Prior to settling with Egbert Langelier's insurance carrier, Plaintiff provided notice to Defendant, Progressive, and Defendant provided Plaintiff with permission and agreed to waive its rights of subrogation. A copy of a letter from Defendant, Progressive, authorizing said settlement is attached as Exhibit "D" and is incorporated herein by reference.

23. Plaintiff, Gary Leuchtman, as curator of the Estate of Nancy Taylor, deceased, has complied with all condition's precedent to the filing of this lawsuit.

WHEREFORE, Plaintiff, Gary Leuchtman, as curator of the Estate of Nancy Taylor, demands judgment against Defendant, Progressive American Insurance Company, for all damages, costs, and such other and further relief as the Court may deem just and proper, and demands a jury trial on all issues so triable.

*/s/ Wanda W. Radcliffe*
Wanda W. Radcliffe
Florida Bar No. 614637
Alexander T. Shimek
Florida Bar No. 1039540
EMMANUEL, SHEPPARD & CONDON
30 S. Spring Street
Pensacola, FL 32502
Telephone: (850) 433-6581
Facsimile: (850) 434-5856
wradcliffe@esclaw.com
ashimek@esclaw.com
Attorneys for the Plaintiff

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 25th day of July, 2023, a true copy of the foregoing was filed electronically with the Clerk of the Court by using the CM/ECF System which will send notice of electronic filing to the following:

**Attorneys for Defendant**
Mark J. Upton, Esquire
Daniell, Upton, Anderson, Law & Busby, P.C.,
30421 State Highway 181
Daphne, AL 36527
Telephone: 251-625-0046
Facsimile: 251-625-0464
mju@dupm.com
kellie@dupm.com

*/s/ Wanda W. Radcliffe*
Wanda W. Radcliffe
Florida Bar No. 614637